STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901 | (801) 697-1900
Email: mike@utahadaadvocates.com
Email: mike@studebakerlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>        Plaintiff,<br><br>v.<br><br>Mekong Cafe II Thai Cuisine<br>*d.b.a.* Mekong Cafe 2,<br><br>        Defendant. | Case No.: 2:17-cv-00811-RJS-PMW<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>Assigned to: Judge Robert J. Shelby<br>Referred to: Magistrate Judge Paul M. Warner |

        PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i)

and DUCivR 54-1(b) and (d), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this

Action with prejudice.


        **RESPECTFULLY** submitted on this 11th day of October, 2017.


                              /s/ Michael P. Studebaker____
                              **MICHAEL P. STUDEBAKER**
                              333 2nd Street, Suite 16
                              Ogden, UT 84404
                              Telephone: (385) 200-9901
                              Email: mike@utahadaadvocates.com
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

W. Michael Black
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
mblack@mbmlawyers.com
(801) 456-7638 (direct)
(801) 998-8888 (office)
(801) 898-0341 (cell)
(801) 998-8077 (fax)
*Attorney for Defendant*

*/s/ Lisa Stamper\**
*(\* I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action)*